**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Charles PHELPS, Jr., also known as Mr. D, also known as Dave Smith, Defendant–Appellant.**

**No. 05–50119**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 25, 2006.

Joseph A. Florio, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, James Andrew Hensarling, U.S. Attorney's Office, Western District of Texas, Austin, TX, for Plaintiff–Appellee.

Ronald P. Guyer, Law Offices of Ronald P. Guyer, San Antonio, TX, Nancy Blair Barohn, Kansas City, MO, for Defendant–Appellant.

Before REAVLEY, DAVIS and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given in its order dated January 4, 2005. The court there found that Charles Phelps Jr. failed to prove that he owned an interest in the forfeited property. That finding is supported by the evidence and is free of error.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Any pending motions are denied.

AFFIRMED.